# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: )
)  Case No. – 13-22489
James Clark )
Debbie Kennedy-Clark, 
                Debtors. )

## DEBTORS' AMENDED OBJECTION TO CLAIM NO. 25 FILED BY DELBERT SERVICES CORPORATION

COME NOW the Debtors, by and through their retained counsel, and object to the allowance of the above claim as filed for the following reasons:
1. Creditor filed a general unsecured claim for $10,122.19 claimed to be for a Credit Card/Other debt.
2. While Debtors are aware that the account appeared on their credit report when the case was filed, they do not know what the consideration for the debt was and the Claim does not contain the supporting documentation required by the Bankruptcy Code and Rules.

WHEREFORE, the Debtor prays the foregoing claim be disallowed.

Dated March 4, 2015.

                                Respectfully submitted,

                                ***/s/ Hilliard L. Moore***
                                Hilliard L. Moore, District of KS #78309
                                8730 Bourgade Ave. Suite 200
                                Lenexa, KS 66219
                                (913) 742-8700
                                (913) 273-1343 (Fax)
                                Attorney for Debtors
                                ecf@mooreandassociateskc.com

## CERTIFICATE OF SERVICE

I do hereby certify that, on March 4, 2015, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing pleading addressed to Delbert Services Corporation c/o Weinstein, Pinson & Riley, PS, P.O. Box 3978, Seattle, WA 98124. The Chapter 13 Trustee and all other parties receiving electronic notice will be notified via ECF this date.

                                ***/s/ Hilliard L. Moore***
                                Hilliard L. Moore

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
 ) Case No. – 13-22489
James Clark )
Debbie Kennedy-Clark, )
                    Debtor. )

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY
HEARING ON DEBTORS' AMENDED OBJECTION TO CLAIM NO 25 FILED BY
DELBERT SERVICES CORPORATION**

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before January 11, 2013, the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, Room 151, 500 State Avenue, Kansas City, Kansas 66101, on April 21, 2015, at 1:30pm, or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Respectfully submitted,

*/s/ Hilliard L. Moore*
Hilliard L. Moore, District of KS #78309
8730 Bourgade Ave. Suite 200
Lenexa, KS  66219
(913) 742-8700
(913) 273-1343 (Fax)
Attorney for Debtors
ecf@mooreandassociateskc.com

**CERTIFICATE OF SERVICE**

I do hereby certify that, on March 4, 2015, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing pleading addressed to Delbert Services Corporation c/o Weinstein, Pinson & Riley, PS, P.O. Box 3978, Seattle, WA 98124. The Chapter 13 Trustee and all other parties receiving electronic notice will be notified via ECF this date.

*/s/ Hilliard L. Moore*
Hilliard L. Moore